IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDDIE ROBINSON, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 15-1574 |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *13th* day of *October*, 2015, upon consideration of Defendant City of Philadelphia ("Defendant")'s Motion to Dismiss (Docket No. 8) and Plaintiff Freddie Robinson ("Plaintiff")'s Response in Opposition (Docket No. 9), it is hereby **ORDERED** that:

1. Plaintiff's request for oral argument is **DENIED**;

2. Count One of Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and

3. Count Two of Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

4. Plaintiff has twenty (20) days in which to file a Second Amended Complaint.

It is so **ORDERED**.

BY THE COURT:


_s/ Ronald L. Buckwalter_____
RONALD L. BUCKWALTER, S.J.